

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-14-00472-CV

**ARC PARKLANE, INC.**,
Appellant

v.

Arvel **SEALS**, Jr.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due to be filed with this court on August 12, 2015. On the due date, Appellant filed an unopposed first motion for extension of time to file Appellant's brief until September 11, 2015, for an extension of thirty days.

Appellant's motion for an extension of time to file Appellant's brief is GRANTED IN PART. Appellant's brief is due on September 1, 2015. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court